Our File No. 201821

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIA I. RODRIGUEZ | : | |
| | : | |
| Plaintiff | : | NO.: 2:17-cv-07332-SDW-LDW |
| v. | : | |
| SHAWN F. PENNELL, CARRIGAN & SONS TRUCKING, JOHN DOE #1-10, JANE ROE #1-10, ABC COMPANY #1-10, said names being fictitious | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed that the above-entitled action, having been amicably adjusted by and between the parties, is hereby dismissed with prejudice and without costs against either party.

This court shall retain jurisdiction to enforce the terms and conditions of the settlement.

TOBIN KESSLER GREENSTEIN
CARUSO WEINER & KONROY

By: _____
Ann M. Merritt, Esquire
Attorney for Plaintiff
Maria I. Rodriguez

Date: 2/5/19

SALMON RICCHEZZA SINGER &
TURCHI, LLP

By: _____
Jeffrey A. Segal, Esquire
Attorneys for Defendants
Shawn F. Pennell and Carrigan & Sons Trucking, Inc. (i/p/a Carrigan & Sons Trucking)

Date: 3-21-19

{J0456745.DOCX}

SO ORDERED:

_____
SUSAN D. WIGENTON, U.S.D.J.

{J0456745.DOCX}